BAR ASSOCIATION OF GREATER CLEVELAND *v.* SANDERS.

[Cite as Bar Assn. of Greater Cleveland *v.* Sanders (1987), 32 Ohio St. 3d 603.]

(D.D. No. 85-47—Decided September 25, 1987.)

The petition for reinstatement to the practice of law is granted. Howard M. Sanders is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1986], 24 Ohio St. 3d 5, 24 OBR 4, 492 N.E. 2d 449.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

DAYTON BAR ASSOCIATION *v.* ZARKA.

[Cite as Dayton Bar Assn. *v.* Zarka (1987), 32 Ohio St. 3d 603.]

(D.D. No. 87-46—Decided September 25, 1987.)

The petition for reinstatement to the practice of law is granted. John S. Zarka is reinstated to the practice of law in the state of Ohio.

(For earlier case, see (1986), 24 Ohio St. 3d 157, 24 OBR 374, 493 N.E. 2d 1362.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.